JOSEPH DICKERSON, PROSECUTOR, v. JOSEPH ALTMAN, RECORDER OF ATLANTIC CITY, RESPONDENT.

Submitted August 14, 1934—Decided October 6, 1934.

Before Justices TRENCHARD, HEHER and PERSKIE.

For the prosecutor-petitioner, *Samuel Morris.*

For the respondent, *Anthony J. Siracusa.*

PER CURIAM.

The petition of the prosecutor for a rehearing is denied.

See *Dickerson* v. *Altman,* 12 *N. J. Mis. R.* 656; 174 *Atl. Rep.* 207.